UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BECKY SCHMELZER,

    Plaintiff,

v.

BAYER HEALTHCARE
PHARMACEUTICALS INC.,

    Defendants.                                    No. 14-cv-755-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice of Impending Dismissal entered by this Court on March 20, 2015, and no action having been taken, this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT


                                  BY:      /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.13 14:29:21 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT